**DISMISS; and Opinion Filed May 14, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01744-CV

**CHELSEA L. DAVIS, Appellant**
**V.**
**MCKOOL SMITH, P.C., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12834-M**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Lang-Miers

In a letter dated April 8, 2014, we questioned our jurisdiction over this appeal because there did not appear to be an appealable order. We instructed appellant to file a letter brief within ten days addressing our jurisdictional concern. As of today's date, appellant has not responded.

Generally, this Court has jurisdiction only over appeals from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *See id.*

The record before this Court includes two notices of appeal and one amended notice of appeal. In one notice of appeal and the amended notice of appeal, appellant states that she is appealing the trial court's order transferring the case and consolidating it with a case in the 254th Judicial District Court of Dallas County, Texas. In the other notice of appeal, appellant states

that she is appealing the "implied order to stay this action for all purposes other than matters relating to the motion to seal by canceling the sealing hearing . . ." Neither the order of consolidation nor the "implied order" constitutes a final judgment. *See Lehmann*, 39 S.W.3d at 195. Moreover, an order consolidating separate lawsuits is a non-appealable interlocutory order. *See Carter v. Sun City Towing & Recovery, L.P.*, 225 S.W.3d 161, 162 (Tex. App.—El Paso 2005, no pet.).

Because appellant is not appealing from a final judgment or otherwise appealable interlocutory order, this Court lacks jurisdiction. For this reason, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(a).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

131744F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHELSEA L. DAVIS, Appellant

No. 05-13-01744-CV        V.

MCKOOL SMITH, P.C., Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-12834-M.
Opinion delivered by Justice Lang-Miers.
Justices Bridges and Francis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, MCKOOL SMITH, P.C., recover its costs of this appeal from appellant, CHELSEA L. DAVIS.

Judgment entered this 14th day of May, 2014.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE